# Third District Court of Appeal

## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1744
Lower Tribunal No. J23-0377
_____

**T.S., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

T.S., a juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.